UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **DARRYLE EDWARD TATE,** | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| **MEMPHIS CITY POLICE DEPARTMENT, ET AL.,** | CASE NO: 16-2719-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Plaintiff's Motion For Voluntary Dismissal entered on August 16, 2017, this cause is hereby dismissed.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/16/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON
(By) Deputy Clerk